THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | Adv. Pro. No. 15-05314 (TJT) |
| Plaintiff, | |
| – against – | |
| GILLIG CORPORATION, | |
| Defendant. | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that The City of Detroit, Michigan hereby dismisses the Complaint in the above-captioned Adversary Proceeding as it pertains to Gillig Corporation pursuant to F. R. Civ. P. Rule 41(a)(1)(a)(i), with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

Dated: March 31, 2016

TOGUT, SEGAL & SEGAL LLP
By:

/s/Scott E. Ratner
ALBERT TOGUT (AT-9759)
SCOTT E. RATNER (SER-0015)
Members of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

*Counsel for the City of Detroit, Michigan*